**No. 67572.**—Charles Garcia & Co., Inc. *v.* United States, protest 284926–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 3, 1963

**No. 67573.**—Swissedent International Co. and Hoyt, Shepston & Sciaroni *v.* United States, protest 61/6721 (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of candulor shade guides similar in all material respects to those the subject of *Swissedent International* and *Hoyt, Shepston & Sciaroni* v. *United States* (47 Cust. Ct. 174, C.D. 2298), the claim of the plaintiffs was sustained.